IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WIRENIX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 4:06CV109 |
| v. | ) | JURY |
| | ) | |
| 1. ERICSSON, INC.; 2. ERICSSON RADIO SYSTEMS AB; 3. CINGULAR WIRELESS, LLC.; 4. HUGHES NETWORK SYSTEMS; LLC.; AND 5. DTV NETWORK SYSTEMS, INC. | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS**

Came on for consideration, Plaintiff's Motion to Dismiss filed on this day. The Court is of the opinion that it has merit. IT IS THEREFORE

ORDERED that Plaintiff's Motion to Dismiss be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that Plaintiff's causes of action against Defendants ERICSSON, INC. and ERICSSON RADIO SYSTEMS AB be, and hereby are, dismissed without prejudice to the refiling of same.

**SIGNED this the 25th day of April, 2006.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE